**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| ROBERT HOUGHTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a corporation; and DOES 1 through 20, inclusive,,<br><br>Defendant. | Case No. 1:26-cv-08210-JLT-EPG<br><br>STIPULATION ORDER FOR DISMISSAL OF PLAINTIFF'S 10th THROUGH 15th CAUSES OF ACTION WITH PREJUDICE UNDER FRCP 15(a)(2)<br><br>(ECF No. 7) |

Plaintiff ROBERT HOUGHTON and Defendant LEPRINO FOODS COMPANY, by and through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 15(a)(2) to the dismissal with prejudice of Plaintiff's Tenth through Fifteenth Causes of Action and state as follows:

WHEREAS on July 23, 2026, Plaintiff ROBERT HOUGHTON ("Plaintiff") filed the Complaint captioned *Robert Houghton v. Leprino Foods Company*, Case No. 26CU0331 in Kings County Superior Court alleging claims for: (1) disability discrimination in violation of Gov't Code § 12940(a); (2) failure to engage in the interactive process in violation of Gov't Code § 12940(n); (3) failure to provide reasonable accommodation in violation of Gov't Code § 12940(m); (4) age discrimination in violation of Gov't Code § 12940(a); (5) retaliation in violation of Gov't Code § 12940(h); (6) failure to prevent discrimination, harassment, and retaliation in violation of Gov't Code § 12940(k); (7) constructive wrongful termination in violation of public policy; (8) intentional infliction of emotional distress; (9) negligent infliction of emotional distress; (10) failure to provide rest periods in violation of Labor Code § 226.7; (11) failure to pay for off-the-clock work in violation of Labor Code §§ 510 and 1194; (12) failure to provide accurate itemized wage statements in violation of Labor Code § 226; (13) failure to pay all wages owed upon termination and waiting time penalties in violation of Labor Code §§ 201 and 203; (14) failure to provide timely employee records in violation of Labor Code §§ 1198.5 and 226(b) and; (15) unfair competition against Defendant LEPRINO FOODS COMPANY ("Leprino");

WHEREAS on September 1, 2026, Leprino filed its answer to Plaintiff's complaint;

WHEREAS on October 5, 2026, Leprino removed this matter to the United States District Court for the Eastern District of California, Fresno Division, where this matter is now pending before The Honorable Jennifer L. Thurston, United States District Judge, Case No. 1:26-cv-08210-JLT-EPG;

WHEREAS, following meet-and-confer efforts, the Parties agree that Plaintiff's Tenth through Fifteenth Causes of Action are barred by the settlement and release approved in *Isaias Vazquez and Linda Hekfe v. Leprino Foods Company*, Case No. 1:17-cv-00796-AWI-BAM, in which Plaintiff was a participating class member and from which he received a settlement payment;

NOW, THEREFORE, Plaintiff and Leprino (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff hereby dismisses, with prejudice, the Tenth through Fifteenth Causes of Action in their entirety from the Complaint.
2. Plaintiff shall file a First Amended Complaint by no later than November 20, 2026, for the sole purpose of deleting all factual allegations and claims relating to the Tenth through Fifteenth Causes of Action in accordance with this Stipulation.
3. Each Party shall bear its own attorneys' fees and costs with respect to the dismissed causes of action.
4. The dismissal of Plaintiff's Tenth through Fifteenth Causes of Action shall have no effect on Plaintiff's remaining causes of action, claims, or theories of recovery.

*[SIGNATURES ON FOLLOWING PAGE]*.

IT IS SO STIPULATED.

DATED: November 16, 2026

RD LAW GROUP, LLP

By: /s/ Alexander Derval

YVETTE NELSON
EVA ABRAMS
ALEXANDER DERVAL
SILVA DONIKIAN
Attorneys for ROBERT HOUGHTON

DATED: November 16, 2026

HANSON BRIDGETT LLP

By: Lucero Cordova Arellanes

SANDRA L. RAPPAPORT
DOROTHY S. LIU
LUCERO CORDOVA ARELLANES
Attorneys for Defendant
LEPRINO FOODS COMPANY, a corporation

**ORDER**

The Court, having reviewed the foregoing Stipulation and good cause appearing, orders as follows:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff ROBERT HOUGHTON is granted leave to amend his Complaint to dismiss with prejudice his Tenth through Fifteenth Causes of Action. Plaintiff shall file a First Amended Complaint by no later than November 20, 2026, for the sole purpose of deleting all factual allegations and claims relating to the Tenth through Fifteenth Causes of Action in accordance with this Stipulation.
2. Plaintiff's Tenth Cause of Action for Failure to Provide Rest Periods, Eleventh Cause of Action for Failure to Pay for Off-the-Clock Work, Twelfth Cause of Action for Failure to Provide Accurate Itemized Wage Statements, Thirteenth Cause of Action for Failure to Pay All Wages Owed Upon Termination and Waiting Time Penalties, Fourteenth Cause of Action for Failure to Provide Timely Employee Records, and Fifteenth Cause of Action for Unfair Competition are hereby DISMISSED WITH PREJUDICE.
3. Each Party shall bear its own attorneys' fees and costs with respect to the dismissed causes of action.
4. The dismissal of Plaintiff's Tenth through Fifteenth Causes of Action shall have no effect on Plaintiff's First through Ninth Causes of Action, which shall remain pending.

IT IS SO ORDERED.

Dated: **November 17, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE